1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

JOSE HERNANDEZ,                              )        Case No. CV 12-7208-DSF (JEM)
                                             )
                Petitioner,        )
                                             )        ORDER ACCEPTING FINDINGS AND
      v.                                     )        RECOMMENDATIONS OF UNITED
                                             )        STATES MAGISTRATE JUDGE
CONNIE GIBSON, Warden,                       )
                                             )
                Respondent.        )
_____        )

17
18
19
20
21
22

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

23

        **IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss the Petition be granted and that Judgment be entered dismissing this action with prejudice.

24
25
26
27
28

       4/8/13

DATED: _____

                                     _____
                                      DALE S. FISCHER
                        UNITED STATES DISTRICT JUDGE