# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>            Petitioner,<br><br>   v.<br><br>CONNIE GIBSON, Warden,<br><br>            Respondent. | Case No. CV 12-7208-DSF (JEM)<br><br>**JUDGMENT** |

      In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 4/8/13

                                              DALE S. FISCHER<br>                                   UNITED STATES DISTRICT JUDGE